# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEOFFREY M. BEASLEY,<br><br>                Plaintiff(s),<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>                Defendant(s). | Case No. 2:16-cv-02006-APG-NJK<br><br>**ORDER**<br><br>(Docket No. 1) |

Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 1. Plaintiff's application is not complete. In particular, Plaintiff failed to identify the amount of money that he has in cash or in a checking or savings account, as required by question 4. *See* Docket No. 1 at 2. Accordingly, the application to proceed *in forma pauperis* is **DENIED** without prejudice. No later than September 12, 2016, Plaintiff shall either pay the applicable filing fee or file a properly completed application. **Failure to comply with this order may result in a recommendation that this case be dismissed.**[1]

IT IS SO ORDERED.

Dated: August 29, 2016

                                                NANCY J. KOPPE
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] Because the *in forma pauperis* application is incomplete, the Court does not herein screen the amended complaint at Docket No. 3. As a means to avoid undue delay, however, counsel should carefully review the case law regarding the requirements for a social security complaint to survive the screening process. *See, e.g., Mix v. Colvin*, 2016 WL 4411497, *1-3 (D. Nev. Aug. 16, 2016). To the extent counsel does not believe the pending amended complaint satisfies the applicable standards, a second amended complaint may be filed by September 12, 2016.